UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
SEP 28 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Renard David Macklin

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

22cv50342
Judge Iain D. Johnston
Magistrate Judge Margaret J. Schneider

vs.

Case No.
(To be supplied by the Clerk of this Court)

Chief of Police Dan Oshea, Kareem Mankarious, Mark Jocobi, Kimberly Kiely, City of Rockford, Michael Garnhart, Santos Ludvin, Vincent Kelly, Christopher Jones, Michael Battaglia, Detective Brian Mace, Sergeant Posey, Patrick Gibson, New Towne Police Department, Mark Castronovo, City of Rockford, Kimberly Maples, WTVO News

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:      AMENDED COMPLAINT

X RDM  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
       U.S. Code (state, county, or municipal defendants)

✓      COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
       28 SECTION 1331 U.S. Code (federal defendants)

_____  OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

Reviewed: 8/2013

I. **Plaintiff(s):**

   A. Name: Renard Macklin

   B. List all aliases: N/A

   C. Prisoner identification number: 165624

   D. Place of present confinement: Winnebago County Jail

   E. Address: 650 W. State, Rockford, Il

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: City of Rockford
      Title: Law Enforcement Entities
      Place of Employment: Rockford Police Departments

   B. Defendant: Chief of Police Dan Oshea
      Title: Police Chief
      Place of Employment: Police Departments

   C. Defendant: New Towne Police Department
      Title: Police Department
      Place of Employment: 557 S. New Towne Dr.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.) See Attachment page 1 and 2

Page 1. Attachment

D. Defendant: Kareem Mankarious
   Title: Detective Sergeant RP1820#
   Place of Employment: New Towne Police Department

E. Defendant: Sergeant Posey
   Title: Detective Sergeant
   Place of Employment: New Towne Police Department

F. Defendant: Mark Jocobi
   Title: Detective RP4005#
   Place of Employment: New Towne Police Department

G. Defendant: Kimberly Kiely
   Title: Officer RP3762#
   Place of Employment: Police Department

H. Defendant: Ludvin Santos
   Title: Detective RP2484#
   Place of Employment: New Towne Police Department

I. Defendant: Michael Garinhart
   Title: Detective RP1824#
   Place of Employment: New Towne Police Department

J. Defendant: Vincent Kelly
   Title: Detective RP0664#
   Place of Employment: New Towne Police Department

K. Defendant: Christopher Jones
   Title: Detective RP3869#
   Place of Employment: New Towne Police Department

L. Defendant: Michael Battaglia
   Title: Detective RP3767#
   Place of Employment: New Towne Police Department

Page 2

M. Defendant: Brian Mace
   Title: Detective
   Place of Employment: New Towne Police Department
N. Defendant: Mark Castronovo
   Title: A.T.F Agent
   Place of Employment: A.T.F
O. Defendant: Kimberly Maples
   Title: Witness
   Place of Employment: N/A
P. Defendant: Patrick Gibson
   Title: Assistant State's Attorney
   Place of Employment: Winnebago County State's Attorney's Office
Q. Defendant: WTVO News Station
   Title: News Station
   Place of Employment: WTVO Broadcasting
R. Defendant:
   Title:
   Place of Employment:

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: I cant remember but it is only one other lawsuit.

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: [scribbled out] N/A - Thomas Dart, and Cook County Jail.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois West Division

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed due to no forth coming Cook County Jail would not take me to Federal court.

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On October 10, 2020 at 2:50 pm, several officers surrounded 1819 Green St. in Rockford, Illinois with assualt rifles and shields, and approached the front door. Upon the officers knocking Anna Jones the home owner answered the door to receive threats from Sgt. Mankarious and Det. Mace about DCFS taking the kids because an alleged fugitive was alleged seen by witness Kimberly Maples who gave a conflicting testimony to Det. Kelly's police report. Ms. Jones answered the police questions and was placed in handcuffs and taken from her threshold and escorted to a police squad vehicle, violating her 4th amendment and 8th amendment rights. I Renard MacKlin was swarmed by the waiting officers on the side of the door where my 4th amendment and 8th amendment rights were violated also. I was then tranferred to District 2 and interveiwed by Det. Jones who told me my Daughter probably go to DCFS and I wouldnt see my nephew for a long time if I didnt talk. Then Det. Kelly and Det. Mace arrived and took me to another room for a custodial

i

Reviewed: 8/2013

interveiw where Det. Kelly stated "He know I'm not the one who had or handled those guns." And If I wanted to help my nephews, we as in the officers and me would have to come up with a story to help him convince the State's Attorney not to charge my nephew, which was unethical practices, coercion, violation of due process and my 14th amendment. Furthermore Officers named gave conflicted perjured testimonies within police reports. "See police reports" times and statements. It is unconstitutional to detain or arrest a person in the home without an arrest, or search warrant. All rights of Anna Jones and I Renard Macklin were violated. Along with Prosecutor misconduct for withholding evidence of dash camera and body camera which contradicts witness statements and police statements and corroberates illegalties and officers misconduct. Along with defamation of character from WTVO Channel 17 News Station to allege this incident happened at 8:00pm on October 10 from the Police Information Detail. I was booked in Winnebago County Jail with one charge of Resisting Arrest, while officers went to the Avon district to get more charges against me because Det. Kelly didn't send any with them. Also Det. Kelly allowed a perjured testimony to establish a charge with Sgt. Mankarious allowed Kimberly Maples to also make a perjure testimony that contradicts Det. Kelly's police report conflicting testimonies to falsify probable cause.

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be compensated for physical, mental, emotional distress. Punitive damages, actual damages, loss of property and wages. For the sum of $5,000,000 and named parties terminated.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 23 day of 09, 2022

_____
(Signature of plaintiff or plaintiffs)

Renard David Macklin
(Print name)

165624
(I.D. Number)

650 W. State, Rockford, Il, 61101
(Address)

Reviewed: 8/2013